# Third District Court of Appeal

## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2017
Lower Tribunal No. F19-6088B
_____

**Kenyota Lowery,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Rier Jordan, P.A., and Jonathan E. Jordan, for appellant.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

For the reasons set forth in <u>Lowery v. State</u>, No. 3D23-1957 (Fla. 3d DCA Mar. 25, 2026), we affirm.  <u>See also</u> <u>Sikes v. R.J. Reynolds Tobacco Co.</u>, 415 So. 3d 235 (Fla. 3d DCA 2025); <u>cf.</u> <u>Paul v. State</u>, 407 So. 3d 468 (Fla. 4th DCA 2025), <u>review granted,</u> No. SC2025-0478, 2025 WL 1672365 (Fla. June 13, 2025).